Dismissed and Memorandum Opinion filed May 3, 2007








Dismissed
and Memorandum Opinion filed May 3, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00733-CV

____________

 

KATHY ZELLARS BRIDWELL, JUSTIN P.
ZELLARS, AND 

WILLIAM JOSHUA ZELLARS, Appellants

 

V.

 

TEXAS MUTUAL INSURANCE COMPANY,
F/K/A TEXAS WORKERS= COMPENSATION INSURANCE FUND, Appellee

 



 

On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 1999-19033

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 1, 2006.  On May 1, 2007, appellants
filed a motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 3,
2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.